Q. GATES DIAZ-NGUYEN (Q5);
N. G. GARRUCHA-GALLEGO (Q4);
N. G. GATES-GALLEGO, USAR (Q3); ET AL.

(Name)
Box 911 | 446 ALTA ROAD 5300
(Address)
LJ, CA 92037 | S.D., CA 92158
(City, State, Zip)
T94013 | B# 7775738
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  ProSe ___

FILED
2008 FEB -8  PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

# United States District Court
## Southern District of California

GALLEGO; NGUYEN; ET AL.,
(Enter full name of plaintiff in this action.)

                     Plaintiff,

v.

JEFFREY J. FERGUSON (L221),
LAS CRUCES POLICE DEPARTMENT,
LAS CRUCES LIBRARIAN MYERS,
LAS CRUCES BRANIGAN LIBRARY,
(Enter full name of each defendant in this action.)

                     Defendant(s).

'08 CV 0251 W WMc

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
50 U.S.C. § 421 (A)

### B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, DoD-IRR-USAR N.G. GATES-GALLEGO;
(print Plaintiff's name)
Q. DIAZ GATES-NGUYEN; ET AL. ONE, Q5, who presently resides at G.B.D.F. TRANSFERRED FROM RJDCF;
(mailing address or place of confinement)
446 ALTA ROAD 5300; SAN DIEGO, CA 92158-1218, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at LAS CRUCES, NM
(RESULTING IN MANY 2007 WILDFIRES) on (dates) 2005 NOV., 2006 FEB., and 2007 MAY.
(institution/place where violation occurred) (Count 1) (Count 2) (Count 3)

§ 1983 SD Form
(Rev. 4/06)

L18-1

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>MR. JEFFREY J. FERGUSON</u> resides in <u>DOÑA ANA COUNTY (DAC), NM</u>,
                 (name)                                        (County of residence)
and is employed as a <u>LAS CRUCES POLICE DEPT. (LCPD) DETECTIVE</u>. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>FERGUSON ARRESTED TWIN BROTHERS (Q3 AND THEN Q5) IN CONTEMPT OF NM COURTS WHERE JUDGES RULED IN 6 OF 6 CASES IN FAVOR OF THE PLAINTIFFS. AT THE 2005 ARREST, FERGUSON'S THEFT OF CLASSIFIED KEYS FOR DEFENSE RESEARCH RESULTED IN CA 2007 WILDFIRES.</u>

Defendant <u>LAS CRUCES POLICE DEPARTMENT (LCPD)</u> resides in <u>DOÑA ANA COUNTY (DAC), NM, USA</u>,
                (name)                                        (County of residence)
and is employed as an <u>AGENCY AT 217 W. PICACHO AVENUE, LC, NM 88001 USA</u>. This defendant is sued in <u>ITS</u>
                                (defendant's position/title (if any))
~~his/her~~ ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>THE LCPD HAS BEEN ON PHASE-2 N3-TARS (TRACK AND RECORD SVR.) 24-HOURS FOR I-NET-3 METHODOLOGIES TO WIN THE WAR ON TERROR (WOT) AGAINST AL-FATAH; AL-QAEDA; AL-SADR (A3) TERRORISTS WILDFIRES ARSONISTS PERPS (TWAP) AND LCPD STAFF ARE VIOLATING THE RICO ACT TO HELP THEM.</u>

Defendant <u>MR.         MYERS</u> resides in <u>DOÑA ANA COUNTY (DAC), NM</u>,
                (name)                                      (County of residence)
and is employed as a <u>LAS CRUCES LIBRARY STAFF MEMBER</u>. This defendant is sued in
                            (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>MYERS HAS CONSPIRED IN VIOLATING RICO ACT LAWS BY COMMITTING PERJURIES IN LCPD REPORTS WHICH HELPED A3 LOCAL MOLES ASSIST WILDFIRES IN DESTROYING US HOMES LIKE PLANES DESTROYED NY BUILDINGS IN 2001. THE I-NET-3 RAD HAS DATA RECORDINGS.</u>

Defendant <u>LAS CRUCES BRANIGAN LIBRARY (LCBL)</u> resides in <u>DOÑA ANA COUNTY (DAC), NM, USA</u>,
                (name)                                    (County of residence)
and is employed as an <u>AGENCY AT 200 W. PICACHO AVENUE, LC, NM 88001 USA</u>. This defendant is sued in <u>ITS</u>
                                (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>THE STAFF CONSPIRED WITH LCPD TO FALSELY REPORT THAT THE MICROSOFT INVESTMENT CLUBS, INC. (MIC) IS NOT A REGISTERED ORGANIZATION AT CA (LIKE SAIC) WITH VARIOUS SPECIAL INTEREST GROUPS (SIG) AT THE I-NET-1 SITE: [MICROSOFT.COM/MINDSHARE]. MIC WAS REGISTERED BY THE CA SECRETARY OF STATE IN 2003 (50 U.S.C § 421A)</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: RIGHT TO ADA MEDICAL CARE; ACCESS TO COURTS;
(E.g., right to medical care, access to courts,
DUE PROCESS CIVIL RIGHTS; FREE SPEECH AND FIRST AMENDMENT MEDIA RIGHTS
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

(A) IN 1970's TRIPLETS OF QUINTUPLETS MEET EACH OTHER THROUGH A MULTIPLE-BIRTHS-RAISED-APART (MBRA) RESEARCH PROJECT AND SIGNED I-NET-3 PHASE 1 TOP SECRET (TS-SCI) CONTRACTS WITH NCB MANHATTAN PROJECT SCIENTISTS.

(B) IN 1980's MBRA-Q3 SHARED A 4-YEARS GANNETT SCHOLARSHIP WITH BROTHERS Q4 AND Q5 AT SDSU AND GOT A DoD COMMISSION VIA POTUS R. REAGAN WITH TS-SCI RESEARCH IN NUCLEAR-CHEMICAL-BIOLOGICAL (NCB) DEFENSE. BOTH Q3 AND Q4 MARRY. Q3 GETS A NAME CHANGE TO N.G. GATES-GALLEGO FROM DoD-IT N.G. GALLEGO. Q4 GETS A NAME CHANGE TO N.G. GARRUCHA-GALLEGO. ALL SIGN I-NET-3 TS-SCI CONTRACTS TO USE N3-TARS TO HELP IMPLODE COMMUNIST USSR VIA PROJECT JUSTICE 2000 (J2K).

(C) IN 1990's MBRA-Q4 BASED IN SAN DIEGO COUNTY (SDC), GOT A FRACTURED SKULL IN AN ACCIDENT. THIS DIFFERENTIATES Q4 FROM Q3 AND Q5 IN ADDITION TO UNIQUE NAMES, DENTAL CHARTS, GPS IMPLANTS, TS-SCI CODES AND PINS. YET AS IDENTICAL TWINS Q5 HAS THE SAME DNA PROGRAMMING AND IDENTICAL FINGERPRINTS AS Q4 VERIFIED IN TS-SCI FILES.

(D) IN 2001, THE TRIPLETS WERE INVOLVED IN N3-TARS RESEARCH AND DEVELOPMENT (R&D) FOR DESERT VERSIONS OF I-NET-2 USING TCP/IP 64 (IPV6) AND I-NET-3 USING N3 BIOTECH. Q4 ALSO DID ALZHEIMER'S DISEASE (AD) RESEARCH FOR POTUS REAGAN.

(E) IN 2002, Q4 WAS TESTING TARS ON A NORTH KOREAN AGENT MOLE POSING AS A CISCO STUDENT IN SDC. Q4 BOUGHT HER A $7000 VEHICLE AS A GIFT SO Q4 HAD A JOINT USE AGREEMENT. SHE LEARNED ABOUT THE N3-TARS AND ANOTHER GIRL SO SHE GOT Q4 ARRESTED FOR USING THE CAR BY 24-HR FITNESS. YET Q4 HAD DATA ON THE TWAP PLANS FOR THE 2003 WILDFIRES THAT WAS DELAYED.

(F) IN 2003, Q5 WAS WITH Q3 USING N3-TARS TO RECORD TWAP MOLES HELPED WILDFIRES LEAP FIREBREAKS.

(G) IN 2004, Q4 WAS TESTING N3-TARS AT CDCR FACILITIES DUE TO LEGAL MALPRACTICE BY PUBLIC DEFENDER (PD) ATTORNEYS.

(H) IN 2005, Q4 GOT PAROLED FROM ASP IN SEP. 3 WHILE Q3 AND Q5 WERE AT NEW ORLEANS (NOLA) TESTING TARS WHICH SURVIVED KATRINA, ALTHOUGH OVER 200 MIC CONTRACTORS WERE LOST. Q4 HAD A MIC BOARD MEETING AT SDC BEFORE Q5. AND Q3 GOT RELOCATED BY FEMA TO AZ AND NM. FERGUSON FALSELY ARRESTED Q3 AT NM IN NOV. 9, STOLE TS-SCI KEYS AND TS-SCI DOCUMENTS. THEN Q5 HAD TO SHOW NM JUDGE CANO-GARCIA THAT Q3 IS NOT Q4 FROM CA BEFORE GOING TO IRAQ. FERGUSON HAD Q3's CONTACT LENSES STOLEN AS WELL AS TS-SCI FILES AND SUPPLIES. HE FORCED DACDC JAIL STAFF TO PREVENT Q3 FROM CONTACTING MEDIA, FEDERAL AGENCIES, OR HAVE COURT ACCESS EVEN AFTER JUDGE S.E. CANO-GARCIA SIGNED A RELEASE ORDER IN 2006 FEB. FOR THE TWINS OF THE QUINTUPLETS. THIS WAS EXPLAINED TO NM-FEMA SPONSORS: KIM FAMILY, 1474 E. BOUTZ STREET, L.C., NM 88001

Count 2: The following civil right has been violated: <u>RIGHT TO ADA MEDICAL CARE; ACCESS TO COURTS; DUE PROCESS; FREE SPEECH; FIRST AMENDMENT FREEDOMS; FAIR TREATMENTS; ETC.</u>
(E.g., right to medical care, <u>access to courts</u>, due process, <u>free speech</u>, freedom of religion, <u>freedom of association</u>, <u>freedom from cruel and unusual punishment</u>, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

(A) IN 2006 JAN, Q5 PROCESSED NM JUDGE S.E. CANO-GARCIA FOR A MJC-TS-SCI CLEARANCE. THIS ALLOWED HER TO REVIEW PERSONALLY OVER 10,000 CLASSIFIED DOCUMENTS THAT PROVIDES MULTIPLE MULTI-MEDIA EVIDENCE WHY Q3 AT DOÑA ANA COUNTY DETENTION CENTER (DACDC) IS NOT THE Q4 WHO HAS A PAROLE-AT-LARGE (PAL) WARRANT AT CA. SO SHE SIGNED RELEASE ORDERS (M14ER2005-149/D307ER2006-002) SO THAT Q3 CAN HELP Q5 TEST N3-TARS AT IRAQ. Q5 WAS ALSO TO COMPILE DATA TO STOP TERRORISTS-WILDFIRES-ARSONISTS-PERPS (TWAP) MOLES HELPING START WILDFIRES LIKE PLANES WERE USED TO DESTROY IN 2001 AND FLOODS DESTROYED NOLA IN 2005. BUT WHEN Q5 LEFT FOR IRAQ, FERGUSON WAS BRIBED TO FILE FALSE CHARGES OF LARCENY FOR 2 ITEMS (TOOLBOX AND LAPTOP) Q3 WAS GIVEN BY NM FEMA SPONSORS. FERGUSON FORCED DACDC JAIL STAFF TO: (1) STEAL CONTACT LENSES; (2) PREVENT COURT FILINGS BY HAVING LEGAL PAPERS AND SUPPLIES STOLEN; (3) PREVENT Q3 FROM BEING TRANSPORTED TO COURT HEARINGS; (4) DISCONNECT CALLS TO THE MEDIA OR FEDERAL AGENCIES; (5) REJECT MAILED MEDIA SUCH AS TIME MAGAZINE OR NEWSPAPERS AS WELL AS E-MAIL PRINTOUTS; AND (6) CONSPIRE WITH CA-PCSD-PO LINDA YOST TO HAVE Q3 ASSASSINATED AT DACDC F1-45 BY MOLES OF R.G. ROBLES. HE HAD TORTURED THE SAAVEDRA FAMILY INCLUDING TWO KIDS. N3-TARS PROVES ROBLES IS AN A3 MOLE IN NM.

(B) IN 2006 MAY, WHILE Q5 WAS TESTING N3-TARS IN IRAQ, Q3 HAD TO DEFEND HIMSELF CONCERNING THE FALSE CHARGES FILED BY FERGUSON INVOLVING THE TWO ITEMS WORTH ABOUT $50. SINCE NM JUDGE CANO-GARCIA WAS SHOWN EVIDENCE THAT THE N3-TARS HAD DATA TO PROVE THAT A3 MOLES HAD TWAP PLANS TO USE WILDFIRE ATTACKS IN 2007, SHE DISMISSED THE TWO LARCENY CASES (M14FR2006-694/D307CR2006-391). BUT NM-STP RICHARD B. WELLBORN COMMITTED LEGAL MALPRACTICE MISCONDUCT BY REFILING THE DISMISSED CHARGES AS A NEW CASE. THIS VIOLATES DOUBLE JEOPARDY LAWS TO HELP TWAP PREPARE MOLES FOR 2007 WILDFIRES (D307CR2006-64). THIS FIFTH CASE WAS DISMISSED IN 2007 MAY WHEN Q5 RETURNED TO NM TO HELP. Q3 WAS RELEASED TO TRAVEL TO CLAIM HIS KIDS. HOWEVER THE GESTAPO AGENTS SENT A FAX TO DACDC ORDERING Q3 TO CA DESPITE THE RELEASE ORDER BY NM JUDGE CANO-GARCIA. Q3 HAD BEEN TRANSPORTED TO NM BY FEMA RELOCATION AND HAS NOT HAD HIS ID CARDS REPLACED SO HE HAS NO ACCESS TO BANK FUNDS. Q3 NOR Q5 HAVE NO CONVICTIONS AT CA OR NM AND EVEN STP R.B. WELLBORN EXPLAINED VIA CELL PHONE TO LCPD OFFICERS THAT NEITHER Q3 NOR Q5 ARE TO BE EXTRADITED TO CA. TO COMPILE TARS DATA TO PREVENT TWAP ATTACKS, Q5 STAYED AT NM TO LOCATE THE MISSING KEYS THAT ACCESS NCB CLASSIFIED LABS AT NOLA AND NM.

Count 3:  The following civil right has been violated: <u>RIGHT TO ADA MEDICAL CARE; ACCESS TO COURTS;</u>
(E.g., right to medical care, access to courts,
<u>DUE PROCESS; FREE SPEECH; FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT</u>.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Ⓐ <u>IN 2007</u>, QS HAD BEEN COMPILING THE 24-HOURS N3-TARS-RAD DATA OF ALL THE UNLAWFUL MISCONDUCTS OF LCPD AGAINST QS. IN TRYING TO HELP NM GOVERNOR BILL RICHARDSON'S GOAL TO INCREASE MULTI-MEDIA PRODUCTION IN HIS STATE, QS HAD BEEN RECRUITING DIGITAL EDITORS TO COMPLETE PRESENTATION WEBSITES FOR I-NET-3 N3-TARS. BUT THE NM LEADERS HAVE NOT LEARNED THEIR LESSONS FROM THE 1970's. THE NM LEADERS THEN COULD NOT GRASP THE VISION THAT BILL GATES HAD FOR MICROSOFT WHEN HIS PARTNERSHIP WAS REGISTERED AT ALBUQUERQUE, NM. LACK OF NM SUPPORT CAUSED MICROSOFT CORPORATION (MSC) TO HAVE THEIR IPO AT WA, A FACT MANY NM MEDIA AND LEADERS NOW REGRET.

Ⓑ <u>IN 2007 MAY</u>, THE I-NET-3 N3-TARS SYSTEMS ARE LIKE THE NEXT GENERATION OF OPERATING SYSTEMS (OS) TO SOLVE AND WIN THE WAR ON TERROR (WOT). BUT INSTEAD OF OS FOR MILLIONS OF PERSONAL COMPUTERS (PC), THE N3-OS ARE FOR BILLIONS OF BIOTECH-UNIVERSAL-GLOBAL-SYSTEMS (BUGS) THAT NEUTRALLY RECORDS ALL EVENTS AUTOMATICALLY (PRO. 15:3). THE N3-OS WITH TARS ARE ALSO USEFUL IN MULTI-MEDIA PRODUCTIONS SUCH AS REALITY SHOW MOVIE (RSM) PRODUCTIONS THAT CLONES HOLLYWOOD IN EVERY COUNTRY AND STATE.

Ⓒ <u>IN 2007 MAY 22</u>, QS HAD BEEN CONDUCTING WORKSHOPS FOR MIC-RAD AND HAD PLANNED TO GRANT THE NM LAS CRUCES LIBRARY WITH AT LEAST $1+MILLION IN MIC STOCKS. BUT THE LIBRARY STAFF MR. MYERS LIED ABOUT MIC NOT BEING A REGISTERED ORGANIZATION. MIC HAS BEEN REGISTERED SINCE 2003 WITH THE CA SECRETARY OF STATE ALTHOUGH ON HOLD STATUS IN THEIR WEBSITE DATABASE TO HAVE MIC-HQ RELOCATE TO A WISER STATE. NON-PROFIT MICROSOFT.COM/MINDSHARE SCHEDULES MANY SIG RESEARCH TEAMS. SO MYER'S PERJURY GOT QS ARRESTED FOR Q4 WHEN FERGUSON WAS ASKED ABOUT THE MISSING KEYS.

Ⓓ <u>IN 2007 JUNE 6</u>, FERGUSON IGNORED NM JUDGE MARTIN'S RULING THAT QS SHOULD HAVE AN IDENTITY HEARING IN NM. BY USING OLD DOCUMENTS THAT WAS THE NM GOVERNOR'S WARRANT DISMISSED BY JUDGE CANO-GARCIA, THE CA EXTRADITION TEAM OF CPT. OLIVA WAS ON N3-TARS AS THEY KIDNAPPED AND CAUSED PERSONAL INJURY TO QS. ALTHOUGH QS HAS THE TARS DATA TO STOP THE TWAP MOLES FROM USING WILDFIRES TO DESTROY HOMES LIKE IN 2003, MISCONDUCTS BY NM FERGUSON, WELLBORN, MYERS PLUS CA YOST, OLIVA AND CDCR COMMISSIONER J. BAKER CAUSED THE 2007 CA WILDFIRES. IGNORING THE RULING OF JUDGES WHO HAVE THE SECURITY CLEARANCE FOR MORE COMPLETE DATA HAVE CAUSED THE PREVENTABLE WILDFIRES IN 2007 WHICH DESTROYED OVER 1,500 HOMES. THE N3-TARS SYSTEMS ALSO HAS THE EVIDENCE OF WHO HELPED TO BRING ABOUT THE 2001 ATTACKS USA PLANES AND THE 2005 FLOODS AT NOLA BY DESTROYING LEVEES.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

AFTER THE 2007 FALSE ARREST OF Q5, HIS APPEARANCE BEFORE NM JUDGE MARTIN RESULTED IN AN ORDER FOR AN IDENTITY HEARING IN NM SIMILAR TO WHAT Q5 HELPED Q3 TO PROCESS TO OBTAIN A RELEASE ORDER FROM NM JUDGE CANO-GARCIA. LCPD #L221 FERGUSON IGNORED THE RULINGS AND IN CONTEMPT OF COURT CONSPIRED WITH CA CPT. OLIVA TO UNLAWFULLY EXTRADITE Q5 TO CA. THE N3-TARS DATA, THAT Q5 WAS COMPILING, WOULD HAVE PREVENTED THE 2007 OCT. WILDFIRES. THE GESTAPO COMMUNIST MISCONDUCTS IN VIOLATION OF THE U.S. CONSTITUTIONAL CIVIL RIGHTS BY NM AND CA OFFICIALS RESULTED IN DELAY TO GETTING THE A3 MOLES DATA TO THE U.S. DEPT. OF HOMELAND SECURITY (DHS) OR CALFIRE RESULTING IN LOSS OF OVER 1,500 CA HOMES.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): *FROM ARRESTING JUST ANYONE BASED ON THE SIMILAR WAY THEY LOOK OR HAVE AN IMAGE LIKENESS TO THE CA PAROLEE Q4 AKA NOEL GARRUCHA-GALLEGO. AT LEAST 3 IDENTIFIERS SHOULD BE REQUIRED BEYOND SIMILARITIES COMMON TO MULTIPLE-BIRTHS-RAISED-APART (MBRA) BROTHERS OF DNA, FEATURES AND FINGERPRINTS.*

2. Damages in the sum of $ *3-MILLION PER PLAINTIFF*

3. Punitive damages in the sum of $ *12-MILLION PER PLAINTIFF CLASS.*

4. Other: *ALLOW SUBPOENA OF PHASE-3 N3-TARS DATA OF ALL PARTIES AS DECLASSIFIED BY MIC VIA THE INTELLIGENCE REFORM AND TERRORIST PREVENTION ACT (IRATPA-2005)*

### F. Demand for Jury Trial

Plaintiff demands a trial by ■ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

■ Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_____   _____
Date                        Signature of Plaintiff

FROM: MR. Q. DIAZ GATES-NGUYEN (Q5)
ATTN: MR. N. GATES GARRUCHA-GALLEGO (Q4)
  Box 911 Vet Bill       446 Alta Legal # 7775738
  La Jolla, CA 92037     S.D., CA 92158-1218

TO: ATTORNEY FRED FIELDING
ATTN: CIA DIRECTOR M. HAYDEN
  1600 Pennsylvania Avenue NW
  Washington, DC 20500

DEAR ATTORNEY FIELDING:

(A) As advanced Research and Development (RAD) interns for MIC, similar to SAIC of San Diego, our Project Justice 2000 (J2K) has been declassified to Confidential Secret (CS-NTK). We have been testing the solutions for the War On Terror (WOT) but very Gestapo like communists at NM and CA have caused us a lot of headaches. (See enclosed Exhibit L.18-1...7)

(B) Can you recommend a list of Republican attorneys in San Diego County (SDC)? The data we have can easily negate the gains of Presidential Candidates H.R. Clinton; R. Giuliani or NM Gov. Bill Richardson. Although as research students we don't have much, the loss of my wife at Katrina floods has resulted in me being one of the trustees for the JC Fund Living Trust set aside for the New Zion (Rev. 21:10-27) that has investments globally over $50 billion. How can we help the 2008 elections financially?

(C) Please add us to the mailing lists for those seeking donations for tax write offs. This case involving the $360 Red Cross donation is causing us to risk exposing the CIA agent who we deal with in RAD Projects.

                                          SINCERELY,

[MR. NOE GATES-GALLEGO      [MR. N.G. GARRUCHA-GALLEGO   [MR. Q. DIAZ GATES-NGUYEN   [MS. LOU G. GALLEGO
 ATTN: ROSE ECLAVEA          ATTN: VET BILL AGENT         ATTN: N. GARRUCHA LEGAL     ATTN: RAY GALLEGO
 Box 5510                    Box 911                      446 Alta Road # 7775738     106 Chachuko Drive
 Agana, Gu 96932-1218        L.J., CA 92037-1218          S.D., CA 92158-1218         Dededo, Gu 96929

To: Ms. VERONICA RODRIGUEZ                RE: DONATIONS
ATTN: MR. JOSE OCADIZ (619-475-9884) VIA ATTORNEY BETTNY
2725 GRANGER AVENUE
N.C., CA 91950

DEAR LIBRARIAN OCADIZ:

Ⓐ HAVING LOST MY WIFE AT THE 2005 KATRINA FLOODS, I GRIEVE ALONG WITH YOU FOR THE LOSS OF JOSE LUIS RODRIGUEZ AT THE AGE OF 18. IN HIS HONOR I'D LIKE TO DONATE AT LEAST $1-MILLION IN MIC STOCKS FOR YOUR LIBRARY AS WELL AS HIS FAMILY FROM THE JC FUND LIVING TRUST OF MY WIFE'S FAMILY.

Ⓑ OUR N3-TARS RAD ALSO HAS THE DATA TO SOLVE THIS CASE BUT WE WANT TO COMMUNICATE WITH THE FAMILY MEMBERS OF JOSE LUIS BEFORE MEETING WITH ANY LAW ENFORCEMENT AGENTS. OUR MIC-RAD INVOLVES CLASSIFIED RESEARCH THAT REQUIRES US TO BE SELECTIVE IN WHO WE SHARE THE DATA WITH. IN REGARDS TO PROJECT JUSTICE 2000 (J2K).

Ⓒ PLEASE CONTACT US VIA E-MAIL THEN POSTAL MAIL ASAP!

SINCERELY YOURS,
[signature]

MR. N. GATES-GALLEGO, USAR
ATTN: MS. R. ECLAVEA
BOX 5510
AGANA, GU 96932-1218

MR. N.G. GARRUCHA-GALLEGO
ATTN: VET BIL AGENT
BOX 911
LA JOLLA, CA 92037-1218

MR. Q. DIAZ GATES-NGUYEN
ATTN: N. GARRUCHA LEGAL
446 ALTA ROAD #7775738
S.D., CA 92158-1218
EMAIL: SDSHERIFF.ORG

MR. N. GARRUCHA-GALLEGO
LEGAL MAIL #7775738
BOX 122952
S.D., CA 92112-2952

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE* para la persona que reciba ésta carta lea el reverso de ésta página.

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| MR. Q. DIAZ GATES-NGUYEN MR. N. GATES GARRUCHA-GALLEGO | 7775738 | GBDF | 4B-228 |

GREETINGS!

(A) THANKS FOR ACCEPTING MY COLLECT CALL. YOUR HELP CAN PREVENT MORE UNNECESSARY WILDFIRES. SO I PLAN TO DONATE AT LEAST $1-MILLION MIC STOCKS TO THE 501C3 OF YOUR CHOICE.

(B) HOW CAN WE GET COPIES MADE AT SDC JAILS? CA IS NOT AS BAD AS NM IN COMMUNIST GESTAPO TACTICS (SEE ENCLOSED 42 U.S.C. §1983 DETAILS) BUT THEY ARE GETTING TO THAT POINT. HOW CAN WE HELP PREVENT THIS FROM HAPPENNING?

(C) PLEASE FAX THE ENCLOSURES TO ATTY. FRED FIELDING AT THE WHITE HOUSE AND THE LINCOLN PARK LIBRARY. MY WIFE HAD PROPERTIES AT NATIONAL CITY AND I'D LIKE TO HELP THE CITY.

(D) PLEASE MAKE AS MANY COPIES AS YOU NEED AND THEN SEND THE ORIGINALS AND WHATEVER COPIES YOU CAN BACK TO ME.

RESPECTFULLY,
Q. D. G...

MR. Q. DIAZ GATES-NGUYEN
ATTN: N. GARRUCHA LEGAL MAIL
446 ALTA ROAD #7775738
S.D., CA 92158-1219

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

N. G. Garrucia-Gallego

**DEFENDANTS**

Jeffrey J. Ferguson, et al

FILING FEE PAID: Yes / No ✓
IFP MOTION FILED: Yes / No
COPIES SENT TO: Court / Pro Se

FILED
2008 FEB -8 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
N. G. Garrucia-Gallego
446 Alta Road
San Diego, CA 92158
7775738

ATTORNEYS (IF KNOWN)

'08 CV 0251 W WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE            Docket Number

DATE    February 8, 2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]